UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LUKUMAN M. ADERIBIGBE,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>  Respondent. | CAUSE NO. 3:18CV620-PPS/MGG |

OPINION AND ORDER

Lukuman Aderibigbe, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (WCU 18-03-142) in which a Disciplinary Hearing Officer (DHO) at the Westville Correctional Facility found him guilty of trafficking in violation of Indiana Department of Correction policies A-111/113 on April 3, 2018. ECF 1 at 1. However, he did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 1-1 at 12. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing did not lengthen the duration of Aderibigbe's confinement, habeas corpus relief is not available in this case.

ACCORDINGLY:

Petitioner Lukuman M. Aderibigbe's petition (ECF 1) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4.

The clerk is DIRECTED to close the case.

SO ORDERED on August 21, 2018.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT